

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00284-CR

Josie L. **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1192
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's brief was originally due November 12, 2018, but was not filed. Instead, appellant's appointed appellate counsel filed a "Motion to Extend Time to File Appellant's Brief," requesting a sixty (60) day extension of time. We granted counsel's request for an extension and ordered the brief due on or before January 14, 2019. Neither the brief nor a motion for extension of time to file the brief has been filed.

Accordingly, we **ORDER** appellant's appointed appellate counsel, Mr. Todd McCray, to file appellant's brief in this court on or before February 13, 2019. If neither the brief nor an extension of time to file the brief is filed in this court on or before the date ordered, the court will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court